**Electronically Filed
Supreme Court
SCWC-11-0001065
25-JUL-2013
10:22 AM**

SCWC-11-0001065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF AS

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001065; FC-S NO. 08-11941)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/Petitioner-Appellant Department of Human Services' Application for Writ of Certiorari, filed on June 14, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 25, 2013.

| | |
|---|---|
| Patrick A. Pascual, | /s/ Mark E. Recktenwald |
| Mary Anne Magnier, and | |
| Jay K. Goss, | /s/ Paula A. Nakayama |
| for petitioner | |
| | /s/ Simeon R. Acoba, Jr. |
| Francis T. O'Brien | |
| for respondents | /s/ Sabrina S. McKenna |
| Poppy Hanson and | |
| Edgar Ehu | /s/ Richard W. Pollack |



Kimberly S. Towler
for respondent
Volunteer Guardian
ad Litem Program